# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

LISA BARNES-ATTERBERRY,  )
Guardian for AMR, a Minor,  )
  )
       Plaintiff,  )
  ) Case No. 17-cv-00403-JPG-CJP
vs.  )
  )
NANCY A. BERRYHILL,  )
Acting Commissioner of Social Security,  )
  )
       Defendant.

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff, Lisa Barnes-Atterberry Guardian for AMR, a Minor.

DATED: March 27, 2018

                                      **JUSTINE FLANAGAN,**
                                      **Acting Clerk of Court**

                                      **BY:**  s/Tina Gray
                                                **Deputy Clerk**

**Approved:**
**s/J. Phil Gilbert**
**U.S. District Judge**